

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00460-CR

Andon Joseph **SAMBRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2020-DCR-1025
Honorable Robert Rey Hofmann, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 22, 2023.

_____
Rebeca C. Martinez, Chief Justice